```
              UNITED STATES DISTRICT COURT
               MIDDLE DISTRICT OF FLORIDA
                     TAMPA DIVISION
```

HOWARD MERZ,

    Plaintiff,

v.                         CASE NO:  8:11-cv-953-T-33EAJ

JAMES WOLFE,

    Defendant.
_____/

### ORDER

This cause comes before the Court sua sponte.  On April 29, 2011, Plaintiff filed his Complaint alleging diversity jurisdiction (Doc. # 1).  The Complaint, however, alleges only "damages that exceed $15,000.00," which does not satisfy the amount in controversy necessary to establish subject matter jurisdiction.  28 U.S.C. § 1332(a).

Accordingly, it is

**ORDERED, ADJUDGED,** and **DECREED:**

Plaintiff may file an amended complaint by May 23, 2011. Failure to do so will result in the Court dismissing the case without prejudice for lack of subject matter jurisdiction. See Beavers v. A.O. Smith Elec. Products Co., 265 Fed. App'x 772, 779 (11th Cir. 2008)(When a court discovers that it lacks jurisdiction, the court must dismiss the action pursuant to Fed. R. Civ. P. 12(h)(3)).

**DONE** and **ORDERED** in Chambers in Tampa, Florida, this 9th day of May, 2011.

                                                            _____
                                                            VIRGINIA M. HERNANDEZ COVINGTON
                                                            UNITED STATES DISTRICT JUDGE

Copies:

All Counsel of Record